UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN SCOTT GRIFFITH,

                Petitioner,

    v.

DAN WHITE,

                Respondent.

CASE NO. 2:22-cv-01491-RJB-JRC

ORDER GRANTING EXTENSION TO FILE ANSWER

    This matter is before the Court on referral from the district court and on respondent's motions for an extension of time to file an answer to the petition. *See* Dkts. 7, 8.

    The motion is noted for consideration on February 10, 2023, but the Court does not require a response from petitioner to decide this motion and renotes the motion to the date of this Order. *See* Local Civil Rule 7(l) ("The Court may renote a pending motion to ensure compliance with applicable court rules or for other reasons."). The Court finds that respondent has shown exceptional circumstances that require an extension and grants the motions. Dkt. 7, 8.

///

1 | Respondent's answer is due by March 1, 2023.

2 | Dated this 6th day of February, 2023.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION TO FILE ANSWER
- 2